UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Frederick Gadson

   v.                                    Civil No. 08-cv-103-PB

Peter Knox, Trustee, Castle Trust, et al.[1]

**O R D E R**

Before the Court is Frederick Gadson's complaint (document no. 1), filed pursuant to the Fair Housing Act, 42 U.S.C. § 3601, et seq., alleging that he has been subjected to racial discrimination in the provision and services associated with his rental property at the Blueberry Hill Mobile Home Park in Charlestown, New Hampshire. The matter is before me for preliminary review to determine whether or not the complaint states any claim upon which relief might be granted. See 28 U.S.C. § 1915A; United States District Court District of New Hampshire Local Rule ("LR") 4.3(d)(2). For the reasons explained fully in the Report and Recommendation issued simultaneously with this Order, I direct that the claim alleging a denial of

---

[1] In addition to Knox, Gadson has named the Oak Leaf Trust and James Colburn, the Blueberry Hill Mobile Home Park onsite manager, as defendants to this action.

telephone line maintenance services proceed against the defendants named to this action. In my Report and Recommendation, I recommend that the remaining claims be dismissed from this action.

Without further comment on the merits of the complaint, I order that the complaint be served on the defendants. As plaintiff has provided summons forms for each defendant, the Clerk's office shall issue the summonses against defendants and forward to the United States Marshal for the District of New Hampshire (the "U.S. Marshal's office") the summonses and copies of the complaint (document no. 1), the Report and Recommendation issued simultaneously with this Order, and this Order. Upon receipt of the necessary documentation, the U.S. Marshal's office shall effect service upon the defendants. <u>See</u> Fed. R. Civ. P. 4(c)(2).

Defendants are instructed to answer or otherwise plead within twenty days of service. <u>See</u> Fed. R. Civ. P. 12(a)(1)(A).

Plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on

the Defendants by delivering or mailing the materials to them or their attorney(s), pursuant to Fed. R. Civ. P. 5(b).

    **SO ORDERED.**

                              <u>/s/ Justo Arenas  </u>
                              Justo Arenas
                              United States Magistrate Judge

Date:    August 13, 2008

cc:      Frederick Gadson, pro se