UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Frederick Gadson</u>

           v.                         Case No. 08-cv-103-PB

<u>Peter Knox, et al.</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated August 14, 2008.

SO ORDERED.

October  15 , 2008                                       `/s/ Paul Barbadoro`
                                                            Paul Barbadoro
                                                            United States District Judge

cc:    Frederick Gadson, Pro se
       Roger Phillips, Esq.